UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANDRIGHETTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEADEMPIRE LLC,<br><br>　　　　　Defendant. | Case No.  25-cv-02207-TLT<br><br>**ORDER TO SHOW CAUSE** |

On March 4, 2025, the Court ordered the parties to file a case management statement by June 5, 2025. ECF 6. The parties failed to do so. On June 5, 2025, the Court again ordered the parties to file a joint case management statement by Monday, June 9, 2025, and noted that failure to do so may result in the case management conference being continued and an order to show cause. ECF 8. To date, the parties have failed to file a case management statement.

Accordingly, the Court orders the parties on or **before June 11, 2025,** to (1) file a joint case management statement, and (2) file a response to this order to show cause explaining why the case management statement was not timely filed.

The Court **orders the parties to appear in Department 9 on June 12, 2025, at 2:00 pm via videoconference**.

**IT IS SO ORDERED.**

Dated: June 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge